UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERLINDA CORREA,<br><br>   Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | No. 2:22-cv-03470-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

  Based upon the parties' Stipulation (Dkt. 27), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,656.78 under 28 U.S.C. § 2412(d), and costs of $404.00 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: August 07, 2023

              _____
              JOHN D. EARLY
              United States Magistrate Judge